UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HO WAN KWOK,<br><br>    Appellant,<br><br>v.<br><br>LUC A. DESPINS-CHAPTER 11 TRUSTEE, et al.<br>    Appellees. | Case No. 3:22-cv-01028 (KAD)<br><br><br>August 12, 2022 |

## NOTICE OF RELATED APPEAL

Pursuant to D. Conn. L. Civ. R. 40(b)(3), the Appellant, Ho Wan Kwok, through undersigned counsel, hereby provides notice that the following appeal arising from the same bankruptcy case was filed in this Court on August 10, 2022, and assigned to the Hon. Kari A. Dooley:

*Ho Wan Kwok v. Office of the United States Trustee, et al. (In Re: Ho Wan Kwok)*, Civ. No. 3:22cv1019 (KAD).

        THE APPELLANT,
        HO WAN KWOK

    By:*/s/ James M. Moriarty*
        James M. Moriarty (ct21876)
        Zeisler & Zeisler, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT  06604
        Telephone: 203-368-4234
        Email: jmoriarty@zeislaw.com
        His Attorneys