**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|  | : |  |
|---|---|---|
| HO WAN KWOK | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Case No. 3:22-cv-01028 (KAD) |
| | : | |
| LUC A. DESPINS, CHAPTER 11 | : | |
| TRUSTEE, | : | |
| | : | July 28, 2023 |
| Appellee. | : | |
| | : | |

_____

### JOINT STATUS REPORT

Pursuant to the Court's  July 7, 2023 order, ECF No. 45, the parties respectfully submit the following Joint Status Report on the Developments in the United Kingdom Matter.

The Chapter 11 Trustee (the "Trustee")  sought U.K. recognition in 2022 of the Debtor's Chapter 11 case for, among other purposes, obtaining access to the advice provided to the Debtor by his former U.K. counsel, Harcus Parker Limited ("Harcus Parker") with respect to the litigation brought by the Debtor, Ace Decade Holdings Limited ("Ace Decade"), and Dawn State Limited against UBS AG in U.K. court.  Recognition was opposed by Harcus Parker and another law firm, and after two contested hearings the U.K. court granted recognition and ordered Harcus Parker to produce their advice on the merits of the UBS litigation. Eventually, Harcus Parker produced such advice, but the produced documents were so heavily redacted (allegedly to protect the attorney-client privilege of Ace Decade, even though, by that time, the Bankruptcy Court had determined that Ace Decade is owned by the Chapter 11 Trustee) so as to make them, in the opinion of the Trustee, meaningless. Of course, the Trustee has raised this issue repeatedly with Harcus Parker, but without a satisfactory result to date.  Therefore, the Trustee believes that, until there is further clarity with respect to the U.K. process, it would not be wise to abandon the appeal of the

Bankruptcy Court's order directing the Debtor to send a letter to Harcus Parker authorizing them to share with the Trustee their advice to the Debtor on the merits of the UBS litigation.  However, given that the U.K. process remains ongoing, the Trustee would rather not actively litigate this appeal at this time, in order to minimize the expenditure of estate resources.

The Debtor agrees that it is in the best interest of the parties to allow for a resolution of the U.K. process before further actively prosecuting this appeal and the appeal pending at case no. 23-cv-00153 which involves Ace Decade and is also pending before this Court, absent a change in circumstances.

**THE DEBTOR AND**
**APPELLANT**
**HO WAN KWOK**

*/s/ James M. Moriarty*
Eric Henzy (ct12849)
James M. Moriarty (ct21876)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-4234
Facsimile: (203) 368-5487
Email: ehenzy@zeislaw.com
jmoriarty@zeislaw.com


**LUC A. DESPINS, CHAPTER 11 TRUSTEE**

*/s/ Nicholas A. Bassett*
Nicholas A. Bassett (admitted pro hac vice)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*and*

Avram E. Luft (admitted pro hac vice)
PAUL HASTINGS LLP
200 Park Avenue

New York, New York 10166
(212) 318-6079
aviluft@paulhastings.com

*and*

Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*